IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAGADISHREDDY THANAM,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, Director;<br><br>Defendant. | **8:25CV52**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court for case management and on what has been docketed as Plaintiff's motion for summons, Filing No. 2. When Plaintiff filed his Complaint, Filing No. 1, on February 7, 2025, he attempted to submit payment of the filing fee, but the Court could not process the tendered payment due to certain deficiencies. Plaintiff has now paid the filing fee in this case. At the direction of the Court, this case is removed from the pro se docket. *See* General Order No. 2025-01, ¶ 4. The Clerk's office shall assign new judges to this case and request a reassignment order from the Chief Judge.

Because Plaintiff is a pro se non-prisoner who has paid the filing fee in full, the Court will grant Plaintiff's motion for summons, Filing No. 2, and direct the Clerk's office to sign and issue the summons requested by Plaintiff in his motion.

IT IS THEREFORE ORDERED:

1.  The filing fee has been paid in this case. At the direction of the Court, this case is removed from the pro se docket. The Clerk's office shall

assign new judges to this case and request a reassignment order from Chief Judge Rossiter.

2. Plaintiff's motion for summons, Filing No. 2, is granted. The Clerk of Court shall sign and issue the summons forms Plaintiff submitted in Filing No. 2 and send them to Plaintiff.

3. Federal Rule of Civil Procedure 4(m) requires service of the complaint on a defendant within 90 days of filing the complaint. However, Plaintiff is granted, on the Court's own motion, an extension of time until 90 days from the date of this order to complete service of process. The Clerk of Court shall set a case management deadline accordingly.

4. Plaintiff is hereby notified that failure to obtain service of process on the Defendants within 90 days of the date of this order may result in dismissal of this matter without further notice. A defendant has 21 days—or 60 days if the defendant is the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3)—after receipt of the summons to answer or otherwise respond to a complaint.

5. The parties are bound by the Federal Rules of Civil Procedure and by the Local Rules of this Court. Plaintiff shall keep the Court informed of his current address at all times while this case is pending. Failure to do so may result in dismissal without further notice.

Dated this 18th day of February, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge

2